FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 16 2019

JAMES W. McCORMACK, CLERK
By:_____
         DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DARREN G. MCFADDEN, an individual,
and MCFADDEN ENTERPRISES, INC., a
Delaware corporation                                    PLAINTIFFS

V.                          4:16CV00319 JM

MICHAEL VICK, a/k/a MICHAEL E. VICK, JR.,
an individual, CARLA VICK, an individual,
SERENE ROCK VENTURES, LLC, an Arkansas
limited liability company, ELITEONES, LLC,
an Arkansas limited liability company,
SIMMONS BANK, an Arkansas bank, and
DOES 1-10 inclusive                                      DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed with prejudice. All relief sought is denied, and the case is closed.

Dated this 16th day of December, 2019.

_____
James M. Moody, Jr.
United States District Judge